**UNITED STATES of America,**
**Appellee,**

v.

**Kenneth REDD, Appellant.**

No. 08–2561.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 24, 2009.

Filed: Dec. 4, 2009.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Kenneth Redd appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 33 motion for a new trial based on newly discovered evidence. We find that the district court did not abuse its discretion in denying Redd's motion, as the evidence that Redd submitted was available before his trial, and was not relevant to the issues in his suppression motion or his trial. *See United States v. Grover*, 511 F.3d 779, 783 (8th Cir.2007) (standard of review; requirements to justify new trial under Rule 33).

Accordingly, the judgment is affirmed. We also grant counsel's motion to with-

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

draw and deny Redd's motion for appointment of new counsel.